OPINION — AG — ** FISHING LICENSE — BAIT AND EQUIPMENT ** UNDER 29 O.S. 51 [29-51] TO 29 O.S. 67 [29-67] ASKING FOR THE OPINION AS TO WHETHER OR NOT THE PROVISIONS OF 29 O.S. 51 [29-51] RELATIVE TO FISHING WITHOUT A LICENSE WHEN USING CERTAIN BAIL AND EQUIPMENT, ARE EFFECTIVE, IN VIEW OF FACT THAT NO SUCH PROVISIONS ARE NOT CONTAINED IN 29 O.S. 67 [29-67] — SEE OPINION (FISHING LICENSE, RESIDENT, ARTIFICIAL BAIT, TROT LINES BAIT) (RICHARD M. HUFF)